NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys of the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:01-cr-00166-JCM-LRL |
| Plaintiff, | **Stipulation to Continue Supervised Release Hearing (first request)** |
| vs. | |
| RICARDO MARTINEZ, | |
| Defendant. | |

It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America and Brian Pugh, Esq., Assistant Federal Public Defender for defendant Ricardo Martinez;

That the supervised release hearing in the above captioned matter currently set for Wednesday June 24, 2020 be continued for not less than two weeks.

Martinez is also on supervised release in another matter in which a petition to revoke has been filed (2:03-cr-00295-JCM); which petition alleges the same conduct supporting revocation in this matter. The 2:03-cr-00295-JCM matter is currently set for a supervised release violation arraignment on July 2, 2020. As such, the parties would prefer

the hearing in this matter be continued beyond July 2, 2020 so that both matters can be addressed at a single hearing.

DATED this 22nd day of June, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Kevin Schiff*
Kevin D. Schiff
Assistant United States Attorney

/s/ *Brian Pugh*
Brian Pugh, AFPD.
Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RICARDO MARTINEZ,<br><br>　　　　　　Defendant. | 2:01-cr-00166-JCM-LRL<br><br>**Order to Continue Supervised Release Hearing (first request)** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court orders the supervised release hearing currently scheduled for June 24, 2020 shall be continued to _August 18_, 2020 at _10:00 am_.

　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED

　　　　　　　　　　　　　　　　　　　_/s/ James C. Mahan_
　　　　　　　　　　　　　　　　　　　THE HONORABLE JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　　DATED: _June 24, 2020_

3