NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys of the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO MARTINEZ,<br><br>Defendant. | 2:01-cr-00166-JCM-LRL<br>2:03-cr-00295-JCM-PAL<br><br>**Stipulation to Continue Supervised Release Hearing (second request)** |

    It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America, and Brian Pugh, Esq., Assistant Federal Public Defender for defendant Ricardo Martinez;

    That the supervised release hearing in the above captioned matter currently set for Wednesday August 19, 2020, be continued for approximately 30 days.

The Probation Officer assigned this matter is set to be in training for until August 21, 2020 and is not available for the current setting.[1] The Probation Officer is a potential necessary witness for the hearing, and would like to be involved in any potential resolution.

DATED this 22nd day of June, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Kevin Schiff*
Kevin D. Schiff
Assistant United States Attorney

*/s/ Brian Pugh*
Brian Pugh, AFPD.
Counsel for Defendant

---

[1] This training was reset due to the ongoing COVID-19 pandemic; thus it now conflicts with the current supervised release hearing violation date.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO MARTINEZ,<br><br>Defendant. | 2:01-cr-00166-JCM-LRL<br>2:03-cr-00295-JCM-PAL<br><br>**Order to Continue Supervised Release Hearing (second request)** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court orders the supervised release hearing in both above captioned matters currently scheduled for August 18, 2020 shall be continued to _____9/25/_____ 2020 at 10:30 AM.

IT IS SO ORDERED

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: July 27, 2020

3