NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys of the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO MARTINEZ,<br><br>Defendant. | 2:01-cr-00166-JCM-LRL<br>2:03-cr-00295-JCM-PAL<br><br>**Stipulation to Continue Supervised Release Hearing (fourth request)** |

      It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America, and Brian Pugh, Assistant Federal Public Defender for defendant Ricardo Martinez;

      That the supervised release hearing in the above captioned matters currently set for November 6, 2020, be continued for approximately 30 days.

      Martinez has recently been arrested on new charges in the State of Nevada, and is currently incarcerated. The parties are collecting discovery regarding the new arrest, and

require additional time to prepare for the supervised release hearing.

DATED this 29th day of October, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Kevin Schiff
Kevin D. Schiff
Assistant United States Attorney

/s/ Brian Pugh
Brian Pugh, AFPD.
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO MARTINEZ,<br><br>Defendant. | 2:01-cr-00166-JCM-LRL<br>2:03-cr-00295-JCM-PAL<br><br>**Order to Continue Supervised Release Hearing (third request)** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court orders the supervised release hearing in both above captioned matters currently scheduled for November 6, 2020, shall be continued to January 15, 2021 at 11:00 a.m.

IT IS SO ORDERED

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: October 30, 2020