# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:01-CR-166 JCM (LRL) |
| Plaintiff(s), | ORDER |
| v. | |
| RICARDO MARTINEZ, et al., | |
| Defendant(s). | |

Presently before the court is Ricardo Martinez's ("Martinez") motion for sentencing transcripts and plea agreement. (ECF No. 113). No response was filed.

## I. Legal Standard

Local rule 7-2 provides that "[a]ll motions—unless made during a hearing or trial—must be in writing and served on all other parties who have appeared. The motion must be supported by a memorandum of points and authorities." LR 7-2. Local rule IC 5-1 provides that a signature is required on all filings, and that "[t]he signatory must be the attorney or pro se party who electronically files the document." LR IC 5-1. Local rule IC 7-1 provides that "[t]he court may strike documents that do not comply with these rules."

## II. Discussion

Martinez is currently represented by federal public defender, Brian Pugh. Martinez has not applied to this court to proceed in forma pauperis. Thus, Martinez's motion is improperly submitted as a pro se motion without the signature of his attorney or points and authorities. If Martinez wishes to move this court for further action in this case, he must do so through his attorney or after applying to proceed in forma pauperis.

**James C. Mahan**
**U.S. District Judge**

**III.     Conclusion**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Martinez's motion for sentencing transcripts (ECF No. 113) be, and the same hereby is, STRICKEN and held for naught.

DATED October 12, 2021.

                          _____
                          UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**